UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **CRAIG A. BROWN,** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**CAMDEN, TOWN OF, et al.,** )<br>)<br>Defendant )<br>) | Civil No. 10-63-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on April 6, 2010 her Recommended Decision (Docket No. 21). Plaintiff filed his Objection to the Recommended Decision (Docket No. 22), and his Amended Objection to the Recommended Decision (Docket No. 23) on April 20, 2010. Defendant Town of Camden filed its Response to Plaintiff's Objection to the Recommended Decision (Docket No. 24) on April 28, 2010. Defendants Rushlau and Jones filed their Response to Plaintiff's Objection to the Recommended Decision (Docket No. 25) on April 28, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant Town of Camden's Motion to Dismiss (Docket No. 12) is **GRANTED**.

3. It is hereby **ORDERED** that Defendants Rushlau's and Jones' Motion to Dismiss (Docket No. 15) is **GRANTED**.

4. It is hereby **ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE.**

5. It is hereby **ORDERED** that Plaintiff's Motions for Injunction (Docket Nos. 7 and 16) are **DISMISSED AS MOOT.**

6. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims.

/s/George Z. Singal_____
U.S. District Judge

Dated: May 10, 2010